

**VIA EMAIL TO LEGAL@CLOUDFLARE.COM**

October 23, 2019

Justin Paine
Cloudflare, Inc.
101 Townsend Street
Legal Department
San Francisco, CA 94107

Case: **1:19−mc−00181**
Assigned To : **Unassigned**
Assign. Date : **10/23/2019**
Description: **MISC.**

Dear Mr. Paine:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that users of your system or network have infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individuals offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringers. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account history.

If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Victoria Sheckler
Deputy General Counsel

**RECEIVED**
OCT 2 3 2019
Clerk, U.S. District and
Bankruptcy C[...]

RECORDING INDUSTRY ASSOCIATION OF AMERICA
1025 F STREET, NW, 10TH FLOOR, WASHINGTON, DC 20004
PHONE: 202.775.0101  FAX: 202.775.7253  WEB: www.riaa.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In Re:

DMCA 512(h) SUBPOENA TO
CLOUDFLARE, INC.

Case: **1:19–mc–00181**
Assigned To : **Unassigned**
Assign. Date : **10/23/2019**
Description: **MISC.**

**DECLARATION OF MARK McDEVITT**

**IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h)**

I, MARK McDEVITT, the undersigned, declare that:

1.  I am a Senior Vice President, Online Content Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.  The RIAA is requesting the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

    https://wi.to/09dadced0f117906

    https://wi.to/dba6d1fcabc8dd0f

    https://wi.to/6a19aa8eab08b482

3.  The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on October 23, 2019.

_____
Mark McDevitt